IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RAFAEL ACOSTA,

    Plaintiff,

vs.                                            No. 1:13-cv-00302-PJK-ACT

JUSTINE SCHRAEDER, in her
Individual Capacity,

    Defendant.

ORDER

    At the direction of the Hon. Paul J. Kelly, Jr.:

    This matter came on for a status conference on October 1, 2013. See Doc. 30 (Notice). No counsel appeared for Plaintiff. On October 2, 2013, court staff received a call on behalf of Plaintiff's counsel, Rachel Higgins, advising that Ms. Higgins was appearing before Judge Browning in the trial of Montoya v. Romero, 1:11-cv-00814-JB-SMV at the same time, and due to an error the court was not notified. Counsel is reminded to notify the court in advance of any scheduling problems.

                                                MATTHEW J. DYKMAN, Clerk

                                                _____